**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
***www.flmb.uscourts.gov***

| | |
|---|---|
| In re | Case No. 6:18-bk-05155-KSJ |
| Rey Francisco Diaz, | Chapter 7 |
| Debtor. | |

**CARRINGTON MORTGAGE SERVICES, LLC'S**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the set forth on the attach proof of service plus an additional three days for service if any party was served by U.S. Mail.**
**If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the Secured Creditor's attorney, McCalla Raymer Leibert Pierce, LLC, 110 S.E. 6th Street, Suite 2400, Fort Lauderdale, FL 33301, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**
**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

Carrington Mortgage Services, LLC (the "Secured Creditor"), its successors and/or assigns, as a secured creditor of the bankruptcy estate of Rey Francisco Diaz (the "Debtor"), seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

1. Debtor's Bankruptcy Case. On August 24, 2018, the Debtor filed the above-captioned Chapter 7 bankruptcy case.

2. Jurisdiction. Jurisdiction of this matter is properly before this Court pursuant to 28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

3. The Note and Mortgage. On November 10, 2009, the Debtor, Rey Francisco Diaz executed and delivered a note (the "Note") in the principal amount of $91,315.00, which is secured by a mortgage (the "Mortgage"). The Mortgage is recorded with an Instrument Number 20090687233, of the Public Records of Orange County, Florida. A copy of the Note, together with the Mortgage, and any applicable Assignments, are attached hereto as **Exhibits A** and **B**.

4. Collateral. Secured Creditor is entitled to enforce the Note and Mortgage, which are secured by the real property (the "Property") located at **2036 Garwood Drive, Orlando, Florida 32822** and further described as follows:

> Lot 19, AZALEA COVE, according to the Plat thereof as recorded in Plat Book 28, Page 100, of the Public Records of Orange County, Florida, Less the South 10.00 feet thereof.

5. Secured Creditor's Claim. The Debtor owes Secured Creditor an outstanding principal balance, plus applicable interest, penalties, fees and costs totaling $91,709.11, and has defaulted by failing to make the payment due on June 1, 2017, and all subsequent payments due thereafter.

6. Relief Requested. Secured Creditor requests the entry of an order modifying the automatic stay pursuant to 11 U.S.C. §§ 362(d)(1) to permit Secured Creditor to enforce all of its in rem remedies against the Property pursuant to the Note and Mortgage. The requested relief should be granted for the following reasons:

Debtor intends to surrender the subject property as evidenced by the Statement of Intention, attached hereto as **Exhibit D**.

Interest continues to accrue; and

Property taxes continue to accrue.

7. Right to Foreclose. Carrington Mortgage Services, LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Secured Creditor. Secured Creditor, directly or through an agent, has possession of the promissory note. Secured Creditor will enforce the promissory note as transferee in possession. Secured Creditor is the original mortgagee or beneficiary or the assignee of the Mortgage.

8. Request for Hearing in 30 Days. In the event a timely objection is filed in response to the instant motion, Secured Creditor requests that a hearing be held within thirty (30) days.

9. Request for Attorney's Fees and Costs. Secured Creditor requests attorney's fees in the amount of $350.00 and costs of $181.00, as a result of filing the instant motion.

Wherefore, Secured Creditor requests the entry of an order modifying the automatic stay and for such other and further relief as the Court deems just and proper.

Secured Creditor further requests an Order that, in addition to foreclosure, permits activity necessary to obtain possession of said collateral; therefore, all communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor.

Dated: September 17, 2018

Respectfully submitted,

*/s/Austin Noel*

Austin Noel, FLORIDA BAR NO. 106539
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
813-774-6221
Austin.Noel@mccalla.com
Secondary Email: floridabankruptcy@mccalla.com
FHAC.241-6918.NF

**VERIFICATION**

The undersigned Shenequa Harris (name of witness), as the BK Specialist II (title/position of witness) of Carrington Mortgage Services, LLC; hereby declares under penalty of perjury that:

(i) I have personal knowledge of the business books and records of Carrington Mortgage Services, LLC;

(ii) Based on my review of the business books and records of Carrington Mortgage Services, LLC, the information and allegations set forth in paragraphs 3 through 5 above, are true and correct to the best of my knowledge; and

(iii) The documents attached hereto as **Exhibit A, B,** are true and correct copies of the originals.

Name of Witness: Shenequa Harris
Title of Witness: BK Specialist II

**CERTIFICATE OF SERVICE**

I certify that I have caused to be served a copy of the foregoing Motion for Relief from Automatic Stay by first class mail, postage prepaid and/or by CM/ECF electronic filing upon the parties listed below:

Respectfully submitted,

Dated: September 17, 2018

*/s/Austin Noel*
Austin Noel
Florida Bar No. 106539

Copies furnished to:

By CM/ECF Receipt:

**Attorney**
Walter F Benenati
Walter F Benenati, Credit Attorney PA
2702 E Robinson Street
Orlando, FL 32803
Email: wfbenenati@gmail.com

**Trustee**
Marie E. Henkel
3560 South Magnolia Avenue
Orlando, FL 32806

**U.S. Trustee**
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
Email: USTP.Region21.OR.ECF@usdoj.gov

By First Class Mail:

**Debtor**
Rey Francisco Diaz
5513 Jean Drive
Orlando, FL 32822