**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re :                                                                                          Case No. **6:18-bk-05155-KSJ**
                                                                                                 Chapter 7

**Rey Francisco Diaz**,
                              Debtor(s).
_____/

**MOTION FOR ORDER APPROVING SALE OF ESTATE'S INTEREST IN**
**REAL ESTATE IN ORANGE COUNTY, FLORIDA**

      Trustee, Marie E. Henkel, by and through her undersigned counsel, moves this Court for authority to sell the estate's interest in real property on the following terms :

1. The property to be sold is the estate's interest in residential real estate in Orange County, Florida, said real estate being more particularly described as follows :

> NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. If you object to the relief requested in this paper, you must file a response with the Clerk of the U.S. Bankruptcy Court, 400 W. Washington St., Ste. 5100, Orlando, FL 32801 and serve a copy on Marie E. Henkel, Trustee, 3560 S Magnolia Ave., Orlando, FL 32806; Kristen L. Henkel, Esq., 3560 S. Magnolia Ave., Orlando, FL 32806; and on U. S. Trustee, 400 W. Washington St., Ste. 1100, Orlando, FL 32801.
>
> If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

      **Lot 19, AZALEA COVE, according to the plat thereof as recorded in Plat Book 28, Page 100, of the Public Records of Orange County, Florida, LESS the South 10.00 feet thereof.**

      **a/k/a 2036 Garwood Drive, Orlando, FL 32822**
      **Parcel ID No. 02-23-30-0371-00-190**

2. Manner of Sale : The buyer has made an earnest money deposit in the amount of $1,000.00, and is ready to complete the purchase for the sales price indicated below, upon approval of the sale by the Court. Trustee proposes to convey whatever interest the Estate has in the property to the Buyer upon approval of this Motion.

3. Terms of Sale :

1

a. Buyer :    VJP Management Inc.

                P.O. Box 691989
                Orlando, FL 32869

b. Sales Price : $96,341.31

c. Appraised Value : The property is assessed by the Orange County Property Appraiser with a market value of $137,201.00. Said valuation does not consider the condition of the property and the presence of unlawful tenants. The property needs repairs such as the replacement of at least one window secured by plywood boards. Additionally, there are squatters residing on the premises who are not paying rent and are causing further harm to the property.

d. Costs of Sale : The buyer is paying all closing costs normally borne by the seller and agrees to pay the following costs associated with transfer of title :

| | |
|---|---|
| Mortgage Payoff | $ 96,341.31 * |
| Closing Fee | 300.00 |
| Title Search | 100.00 |
| Owner's Title Policy | 554.30 |
| Wire Fee | 25.00 |
| Recording Fees | 192.50 * |
| Documentary Stamp Tax on Deed | 674.80 |
| Bankruptcy Estate Carve Out / Buyer Premium | 10,000.00 |
| Municipal Lien Search & Fees | 140.00 * |
| Prorated 2018 Property Tax | 2,365.74 * |

* estimate

The net proceeds to the estate are $10,000.00. The buyer has agreed to pay an amount sufficient to fully satisfy the mortgage, in favor of Carrington Mortgage Services, LLC, encumbering the property, and to provide a net of $10,000.00 to the estate. The trustee believes this sale to be of benefit to the estate.

e. Trustee intends to transfer title to the property by trustee's deed, subject to current year's taxes, assessments, zoning, restrictions, and other requirements imposed by governmental authorities, and other matters appearing on the plat or otherwise common to the subdivision, and public utility easements of public record.

f. The estate will provide a trustee's deed to the buyer and certified copies of the Order approving sale, Notice of Commencement of bankruptcy and of the docket, reflecting no objections to the sale, or if any, that said objections were overruled by Court Order. Trustee is unaware of the existence of any liens or encumbrances on the property except as disclosed above. There are no adverse tax consequences of the sale to the estate.

g.  The Trustee respectfully requests that this Court:  (a) waive the 14-day stay pursuant to Rule 6004(h), deem the sale order enforceable immediately upon entry, and authorize the Trustee to close on the sale immediately upon entry of the Final Sale Order; (b) authorize the Trustee to take all actions and execute all documents she deems reasonable, necessary and/or desirable to effectuate the requested relief; (c) retain sole and exclusive personal subject matter jurisdiction to implement, interpret and enforce the terms of this Motion and the Final Sale Order; and (d) adjudicate all claims, controversies and/or disputes arising from or related to this sale.

WHEREFORE, Trustee moves this Court to enter an Order authorizing the sale of the property as set forth above.

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was furnished by first class United States Mail, postage prepaid, or by electronic delivery, on October 27, 2018, to VJP Management Inc., P.O. Box 691989, Orlando, FL 32869; and to all persons on the mailing matrix, attached to the original of this document, as furnished by the Clerk's office on October 27, 2018.

*/s/ Kristen L. Henkel*
Kristen L. Henkel, Esq.
Florida Bar No. 81858
M. E. Henkel, P.A.
3560 South Magnolia Avenue
Orlando, Florida 32806
Telephone : (407) 438-6738
Facsimile : (407) 858-9466
khenkel@mehenkel.com